```
1  TODD A. ROBERTS (SBN 129722)
   JESSHILL E. LOVE (SBN 208348)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063
   Telephone:  (650) 364-8200
4  Facsimile:  (650) 780-1701
   Email:      troberts@rmkb.com; jlove@rmkb.com
5
   Attorneys for Plaintiffs
6  THOMAS CIRRITO, an individual, and ATOCHA
   LAND, LLC, a Delaware limited liability company
7
```

ADR  E-filing

FILED
JUL 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS CIRRITO, an individual, and ATOCHA LAND, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>RNC HOLDINGS, LLC, a Nevada limited liability company, RONALD BUCHHOLZ, an individual, CHARICE FISCHER (also known as CHARICE BUCHHOLZ), an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C08 03477 PVT<br><br>**NOTICE OF RELATED CASES** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO THE PARTIES HEREIN:**

Please take notice that the actions entitled <u>Thomas Cirrito, et al. v. RNC Holdings, LLC, et al.</u> on file herein is related to that action entitled <u>Steve Trachsel, et al. v. Ron Buchholz, et al.</u>

/ / /

/ / /

1  (N.D.Cal. Case No. C08 02248 RMW) now pending in the United States District Court for the
2  Northern District of California.

3  Dated: July 7, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
TODD A. ROBERTS
JESSHILL E. LOVE
Attorneys for Plaintiffs
THOMAS CIRRITO AND ATOCHA LAND, LLC