AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California



THOMAS CIRRITO, et al.
Plaintiff
v.
RNC HOLDINGS, LLC, et al.
Defendant

Civil Action No. C08 03477 PVT

### Summons in a Civil Action

To: *(Defendant's name and address)*
    Charice Fischer (aka Charice Buchholz)

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> TODD A. ROBERTS
> JESSHILL E. LOVE
> Ropers, Majeski, Kohn & Bentley
> 1001 Marshall Street
> Redwood City, CA 94063
> (650) 364-8200

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUL 1 8 2008

Betty J. Walton
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com