|   |   |
|---|---|
| THOMAS CIRRITO, et al. | ***E-FILED - 8/12/08*** |
| Plaintiff, | CASE NO.: C-08-03476-RMW |
| v. | |
| RNC HOLDINGS, LLC, et al., | |
| Defendant. | |
| THOMAS CIRRITO, et al. | CASE NO.: C-08-03477-RMW |
| Plaintiff, | |
| v. | **CLERK'S NOTICE OF SETTING CASE MANAGEMENT CONFERENCE** |
| RNC HOLDINGS, LLC, et al., | |
| Defendant. | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PLEASE TAKE NOTICE that a Case Management Conference has been scheduled for **November 7, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are required to file a Joint Case Management Statement by October 31, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: August 12, 2008

BY: *Jackie Garcia*
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28