```
 1  TODD A. ROBERTS (SBN 129722)
    JESSHILL E. LOVE (SBN 208348)
 2  ROPERS, MAJESKI, KOHN & BENTLEY
    1001 Marshall Street, Suite 300
 3  Redwood City, CA 94063-2052
    Telephone:  (650) 364-8200          *E-FILED - 2/12/09*
 4  Facsimile:  (650) 780-1701

 5  Attorneys for Plaintiffs
    THOMAS CIRRITO, AN INDIVIDUAL; AND
 6  ATOCHA LAND, LLC, A DELAWARE LIMITED
    LIABILITY COMPANY
 7
```

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

| | |
|---|---|
| 12  THOMAS CIRRITO, an individual; and ATOCHA LAND, LLC, a Delaware limited liability company,<br>14       Plaintiffs,<br>15  v.<br>16  RNC HOLDINGS, LLC, a Nevada limited liability company; RONALD BUCHHOLZ, an individual; CHARICE FISCHER (also known as CHARICE BUCHHOLZ), an individual; and DOES 1 through 50, inclusive,<br>19       Defendants. | CASE NO. C08 03477RMW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND MEDIATION DEADLINE |

21

22    Plaintiffs THOMAS CIRRITO and ATOCHA LAND, LLC ("Plaintiffs") and Defendants

23  RNC HOLDINGS, LLC, RONALD BUCHHOLZ, and CHARICE FISCHER (also known as

24  CHARICE BUCHHOLZ) ("Defendants"), through their respective, undersigned counsel,

25  stipulate and request a continuance of the last date to complete mediation.

26    WHEREAS the pre-trial schedule and trial date have been set in this matter;

27    WHEREAS the last date to complete mediation is February 4, 2009;

28  ///

1  WHEREAS there is presently pending an Application for Right to Attach Order
2  ("RTAO") in the related matter of Trachsel v. Solomon Capital, et al (Case No. C08 02248RMW)
3  which is set to be heard on February 13, 2009;
4  WHEREAS the parties have met and conferred and have agreed that at this time it is most
5  economical to postpone the last date to complete mediation for six months to July 17, 2009;
6  WHEREAS the parties have met and conferred and have agreed to Patrick Robbins of
7  Shearman & Sterling as a mediator; and
8  The parties in the above-captioned matter, by and through their attorneys of record, hereby
9  stipulate to continue the last date to complete mediation from February 4, 2009 to July 17, 2009.
10 **IT SO STIPULATED.**
11 Dated: February ___, 2009           ROPERS, MAJESKI, KOHN & BENTLEY

13                                     TODD A. ROBERTS
                                       JESSHILL E. LOVE
14                                     Attorneys for Plaintiffs
                                       THOMAS CIRRITO and ATOCHA LAND,
15                                     LLC

17 Dated: February 4, 2009             PINNACLE LAW GROUP

19                                     ANDREW A. AUGUST
                                       WILLIAM W. SCHOFIELD
20                                     Attorneys for Defendants
                                       RNC HOLDINGS, LLC; RONALD
21                                     BUCHHOLZ; and CHARICE FISCHER

23 **IT IS SO ORDERED.**
24 Dated: 2/12, 2009

                                       *Ronald M. Whyte*
25                                     ―――――――――――――――――
                                       HONORABLE RONALD M. WHYTE
26                                     U.S. DISTRICT COURT JUDGE

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5249354.1/TC3    - 2 -    STIPULATION AND [PROPOSED] ORDER TO
                              EXTEND MEDIATION DEADLINE (LONE TREE)
                              CASE NO. C08 03477RMW