E-FILED on    07/31/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS CIRRITO; and ATOCHA LAND, LLC,<br><br>              Plaintiffs,<br><br>      v.<br><br>RNC HOLDINGS, LLC; RONALD BUCHHOLZ; CHARICE FISCHER; and DOES 1 through 100,<br><br>              Defendants. | No. C-08-03477 RMW<br><br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL<br><br>**[Re Docket No. 23]** |

The complaint in this action alleges that defendants created a real estate scheme to defraud plaintiff investors of $1.5 million of invested securities.

Plaintiffs' attorneys from Ropers, Majeski, Kohn, and Bentley ("Ropers Majeski") now move to withdraw as counsel. Defendants have filed a statement of non-opposition. Plaintiffs have filed nothing in response. For the following reasons, the court grants the motion to withdraw.

## I. BACKGROUND

The relationship between Ropers Majeski and plaintiffs is governed by a retainer agreement executed by both parties ("the Agreement"). Declaration of Jesshill E. Love ¶ 2 (hereinafter "Love Decl."). The agreement, however, has not been provided in the record. According to Mr. Love's declaration, communication between plaintiffs and Ropers Majeski has broken down over the past

month, with plaintiffs failing to respond to correspondence and to indicate that future payments will be timely made. Love Decl. ¶¶ 3-4.

## II. ANALYSIS

Under the district's local rules, counsel may not withdraw without a court order. Civil L.R. 11-5(a). The court applies California's Rules of Professional Conduct to determine whether withdrawal is proper. *E.g., Cal. Native Plant Soc'y v. U.S. E.P.A.*, 2008 WL 4911162, *1 (N.D. Cal. Nov. 14, 2008); *Elan Transdermal Ltd. v. Cygnus Therapeutic Sys.*, 809 F. Supp. 1383, 1387 (N.D. Cal. 1992). Pursuant to such rules, an attorney may seek to withdraw if the client "breaches an agreement or obligation to the member as to expenses or fees." Cal. Rule of Prof. Conduct 3-700(C)(1)(f). An attorney may also seek withdraw if the client's conduct renders it unreasonably difficult for the attorney to represent the client effectively. *Id.* at (1)(d).

Mr. Love provides two justifications for Ropers Majeski's motion to withdraw. First, Mr. Love states that plaintiffs have not offered any indication that payments of future fees will be timely made. Love Decl. ¶ 4. This, however, is not evidence of a breach of an agreement or obligation as to expenses or fees. Rather, it is simply a concern about a possible future breach. Second, Mr. Love states that communication with plaintiffs has broken down, with plaintiffs failing to respond to correspondence. Love Decl. ¶ 3. A client's lack of communication makes it unreasonably difficult for the attorney to represent the client effectively. Ropers Majeski has notified plaintiffs and its corporate counsel of its intent to withdraw as counsel. Thus, good cause exists for Ropers Majeski's motion to withdraw, and the court grants the motion.

Plaintiff Cirrito, as an individual, may appear pro se, but plaintiff Atocha Land LLC, as an incorporated entity, may not appear *pro se*. Civil L.R. 3-9(b). Atocha Land, LLC should promptly retain counsel.

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL—No. C-08-03477 RMW
EDT                                                                     2

### III.  ORDER

For the foregoing reasons, the motion to withdraw is granted. Atocha Land, LLC shall have until August 14, 2009 to retain new counsel and have its new counsel file a notice of appearance. Until new counsel is retained, any papers shall be served on plaintiffs at the following addresses:

| | |
|---|---|
| Thomas Cirrito | 9163 Old Dominion Drive<br>McLean, VA 22102 |
| Atocha Land, LLC | Thomas Cirrito<br>9163 Old Dominion Drive<br>McLean, VA 22102 |

DATED:     07/31/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL—No. C-08-03477 RMW
EDT
3

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Jesshill E. Love         jlove@ropers.com

Todd Andrew Roberts      troberts@ropers.com

**Counsel for Defendants:**

Andrew A. August         aaugust@pinnaclelawgroup.com

William W. Schofield     wschofield@pinnaclelawgroup.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     07/31/09                              JAS
                                            **Chambers of Judge Whyte**

United States District Court
For the Northern District of California

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL—No. C-08-03477 RMW
EDT                                              4